UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>
UNITED STATES OF AMERICA,

          Plaintiff,

      -v-                                             11-CV-00985S

2010 FORD TAURUS LTD,
VIN: 1FAHP2FW9AG162021,
TITLED AND REGISTERED TO,
JEFFREY AGUILAR,

          Defendant.

## ORDER FOR STIPULATION AND FORFEITURE

      Based upon the Stipulated Settlement for Forfeiture filed on or about February 10, 2012, in the above captioned litigation and after careful review and due deliberation, it is hereby

      **ORDERED**, that the 2010 Ford Taurus LTD, VIN: 1FAHP2FW9AG162021, titled and registered to Jeffrey Aguilar, (hereinafter referred to as "defendant vehicle") is to be forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(4) and is to be disposed of according to law by the United States Marshals Service; and it is further

      **ORDERED**, that the sum of $5,649.82 shall be paid to TD Bank, N.A., as full settlement and satisfaction of its claim and such sum will be checked for monetary obligations owed to the United States by TD Bank, N.A., through the Debt Collection

Improvement Act of 1996, 31 U.S.C. § 3716, for the possible offset of funds. Any remaining amount shall be returned by the United States Marshals Service through electronic means to claimant, TD Bank, N.A., to the designated account on its ACH Vendor/Miscellaneous payment enrollment form and as per terms of the stipulation; and it is further

**ORDERED**, that all claims and interest in said defendant vehicle are forever forfeited, closed, and barred; and it is further

**ORDERED**, that this action be and is hereby dismissed with each party to bear its own fees, costs, expenses and interest, except that this Court shall retain jurisdiction over any dispute concerning a breach of this agreement.

DATED: February 13, 2012
       Buffalo, New York.

                                                           s/William M. Skretny
                                                        WILLIAM M. SKRETNY
                                                              Chief Judge
                                         United States District Court