UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

                    Plaintiff,

          -v-                                        11-CV-00985S

2010 FORD TAURUS LTD,
VIN: 1FAHP2FW9AG162021,
TITLED AND REGISTERED TO,
JEFFREY AGUILAR,

                    Defendant.
_____

## ORDER FOR STIPULATION AND FORFEITURE

          Based upon the Stipulated Settlement for Forfeiture filed on or about

February 10, 2012, in the above captioned litigation and after careful review and due

deliberation, it is hereby

          **ORDERED**, that the 2010 Ford Taurus LTD, VIN: 1FAHP2FW9AG162021, titled

and registered to Jeffrey Aguilar, (hereinafter referred to as "defendant vehicle") is to be

forfeited to the United States of America pursuant to Title 21, United States Code, Section

881(a)(4) and is to be disposed of according to law by the United States Marshals Service;

and it is further

          **ORDERED**, that the sum of $5,649.82 shall be paid to TD Bank, N.A., as full

settlement and satisfaction of its claim and such sum will be checked for monetary

obligations owed to the United States by TD Bank, N.A., through the Debt Collection

Improvement Act of 1996, 31 U.S.C. § 3716, for the possible offset of funds.  Any remaining amount shall be returned by the United States Marshals Service through electronic means to claimant, TD Bank, N.A., to the designated account on its ACH Vendor/Miscellaneous payment enrollment form and as per terms of the stipulation; and it is further

**ORDERED**, that all claims and interest in said defendant vehicle are forever forfeited, closed, and barred; and it is further

**ORDERED**, that this action be and is hereby dismissed with each party to bear its own fees, costs, expenses and interest, except that this Court shall retain jurisdiction over any dispute concerning a breach of this agreement.

DATED: February 13, 2012
      Buffalo, New York.

    s/William M. Skretny    
WILLIAM M. SKRETNY
Chief Judge
United States District Court
